# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CIVIL ACTION NO.: 5:17-cr-12 |
| v. | * | |
| | * | |
| TANYA JOHNSON, | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 500, to which Defendant Tanya Johnson did not file any Objections.

Accordingly, the $30,000 Bond posted in this case is **FORFEITED**. However, the Court **SETS ASIDE** the entire $30,000 and **EXONERATES** the Bond.

**SO ORDERED**, this 11 day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)